JS 6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. MACIEL, SR., <br><br>   Petitioner, <br><br> vs. <br><br>L.S. WOODWARD, <br><br>   Respondent. | Case No. CV 08-1027-AG (RNB) <br><br>**J U D G M E N T** |

  In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

  IT IS HEREBY ADJUDGED that this action is summarily dismissed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: **MARCH 28, 2008**

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE